AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hoffman, Melvin S. | Bankruptcy Court - Massachusetts | 05/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - full time | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
JW McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | American Bankruptcy Law Journal |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | American Bankruptcy Law Journal Compensation as Associate Editor | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Tufts Universtiy salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/19-11/02/2017 | Las Vegas, NV | Judges' conference. Education. | Transportation, meals, lodging |
| 2. | American Bankruptcy Institute | 05/05/2017 | Mashantucket, CT | Continuing Legal Education Program | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Brookline Bancorp stock | B | Dividend | K | T | | | | | |
| 3. UBS Retirement Account- self directed IRA | | | | | | | | | |
| 4. --money market account at UBS | A | Interest | K | T | | | | | |
| 5. --Fidelity Advisor New Insights Cl A | A | Int./Div. | K | T | | | | | |
| 6. --Pimco All Asset Fund | A | Int./Div. | K | T | | | | | |
| 7. --Neuberger Berman Equity Inc Cl A | A | Int./Div. | K | T | | | | | |
| 8. --JP Morgan Mid Cap Value Fund Class A | A | Int./Div. | K | T | | | | | |
| 9. --Kealy Small Cap Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 10. --Gateway Fund Class A | A | Int./Div. | K | T | | | | | |
| 11. --First Eagle Global Fund Class A | A | Int./Div. | K | T | | | | | |
| 12. --Apple | A | Dividend | M | T | | | | | |
| 13. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 14. --Merck | A | Dividend | J | T | | | | | |
| 15. --Charter Communication (FormerlyTime Warner Cable) | A | Dividend | K | T | | | | | |
| 16. --iShares Msci Emerging Markets Index Fund | A | Int./Div. | K | T | | | | | |
| 17. --iShares DJ Select Div Index Fund | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Henderson Global Investors Int'l | A | Int./Div. | J | T | | | | | |
| 19. --FT Templeton Global Bond A | A | Int./Div. | L | T | | | | | |
| 20. --Loomis Sayles Strategic Inc A | A | Int./Div. | K | T | | | | | |
| 21. --Lord Abbet Floating Rate A | A | Int./Div. | K | T | | | | | |
| 22. --Pimco All Asset All Auth - A | A | Int./Div. | L | T | | | | | |
| 23. American Century IRA | | | | | | | | | |
| 24. --Amercian Century Balanced Fund | A | Int./Div. | K | T | | | | | |
| 25. --American Century Strategic Alloc Fund | A | Int./Div. | K | T | | | | | |
| 26. --American Century Utilities | A | Int./Div. | J | T | | | | | |
| 27. Merril Lynch IRA | | | | | | | | | |
| 28. --American Inv. Co. of America Class A | A | Int./Div. | J | T | | | | | |
| 29. --American New Perspectives | A | Int./Div. | K | T | | | | | |
| 30. --American Bond Fund of America Class A | A | Dividend | J | T | | | | | |
| 31. Fidelity Select Consumer Staples A | A | Int./Div. | K | T | | | | | |
| 32. Fidelity Spartan 500 Index Fd | B | Int./Div. | L | T | | | | | |
| 33. Fidelity Spartan US Bond Index Fd | B | Int./Div. | L | T | | | | | |
| 34. Fidelity Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. State of Israel Bond | A | Int./Div. | J | T | | | | | |
| 36. Wells Fargo Mutual Funds (Account # 1) | | | | | | | | | |
| 37. --Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |
| 38. --Invesco Global Real Estate Y | A | Int./Div. | | | Sold | 05/01/17 | K | A | |
| 39. --Dodge & Cox Int'l Stock Fund | A | Int./Div. | J | T | | | | | |
| 40. --Goldman Sachs Fin'l SquareTreasury Fund | A | Int./Div. | J | T | | | | | |
| 41. --John Hancock Global Absolute Return Fund | A | Int./Div. | J | T | | | | | |
| 42. --Hotchkis & Wiley Diversified Value Fund | A | Int./Div. | | | Sold | 05/01/17 | K | A | |
| 43. --Oppenheimer Dev. Mkts Fund | A | Int./Div. | K | T | | | | | |
| 44. --Pimco Pac Invst Commodity Real Return Strat Fund | A | Int./Div. | J | T | | | | | |
| 45. --RS Invt Trust Value Fund | A | Int./Div. | J | T | | | | | |
| 46. --T Rowe Price Mid-Cap Growth | A | Int./Div. | J | T | | | | | |
| 47. --Natixis ASG Managed Futures Strategy Fund | A | Int./Div. | | | Sold | 05/01/17 | J | A | |
| 48. --Fundadvantage TR Gotham Ab. Ret | A | Int./Div. | J | T | | | | | |
| 49. --Eaton Vance Global Macro Ab. Ret | A | Int./Div. | | | Sold | 05/01/17 | J | A | |
| 50. --Harbor Funds Small Cap Value | A | Int./Div. | K | T | | | | | |
| 51. --Harbor Funds Cap Appreciation | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Hotchkis & Wiley Diversified Val. | A | Int./Div. | | | Sold | 05/01/17 | K | A | |
| 53. --JP Morgan US Large Cap Core Plus | A | Int./Div. | K | T | | | | | |
| 54. --Amer Europacific Growth | A | Int./Div. | K | T | | | | | |
| 55. --Virtus Emerging Mkts Opportunities | A | Int./Div. | J | T | | | | | |
| 56. --Meridian Sm Cp Grth | A | Int./Div. | K | T | Buy | 05/01/17 | J | | |
| 57. --Principal FDS High Yld | A | Int./Div. | J | T | Buy | 05/01/17 | J | | |
| 58. --Nuveen Real Estate | A | Int./Div. | J | T | Buy | 05/01/17 | J | | |
| 59. --Principal Global Real Estate | A | Int./Div. | J | T | Buy | 05/01/17 | J | | |
| 60. --T Rowe Price Equity Inc. | A | Int./Div. | K | T | Buy | 05/01/17 | J | | |
| 61. --Touchstone FDS VID Cap | A | Int./Div. | K | T | Buy | 05/01/17 | K | | |
| 62. Wells Fargo Brokerage Account #2 | | | | | | | | | |
| 63. --Agrium Inc. | A | Int./Div. | J | T | | | | | |
| 64. --Altria Group Inc. | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 65. --American Express Co | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 66. --Amgen Inc | A | Int./Div. | J | T | | | | | |
| 67. --Apple Inc | A | Int./Div. | J | T | | | | | |
| 68. --CH Robinson Worldwide Inc. | A | Int./Div. | | | Sold | 06/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --Capital One Financial Corp | A | Int./Div. | J | T | | | | | |
| 70.  --CBS Corp. Cl B | A | Int./Div. | J | T | | | | | |
| 71.  --Cisco Systems Inc. | A | Int./Div. | J | T | | | | | |
| 72.  --Citigroup Inc. New | A | Int./Div. | J | T | | | | | |
| 73.  --Coca Cola Enterprises | A | Int./Div. | J | T | | | | | |
| 74.  --Costco Whsl Corp New | A | Int./Div. | J | T | | | | | |
| 75.  --Delphi Automotive PLC | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 76.  --Delta Airlines Inc. New | A | Int./Div. | J | T | | | | | |
| 77.  --Eastman Chemical Co | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 78.  --Exxon Mobil Corp | A | Int./Div. | J | T | | | | | |
| 79.  --Fifth Third Bancorp | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 80.  --Gamestop Corp Class A | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 81.  --Gilead Sciences Inc | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 82.  --Harley Davidson Inc. | A | Int./Div. | | | Sold | 06/28/17 | J | A | |
| 83.  --Hewlett Packard Enterprise Co. | A | Int./Div. | J | T | | | | | |
| 84.  --Home Depot Inc. | A | Int./Div. | J | T | | | | | |
| 85.  --HP Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Intel Corp. | A | Int./Div. | | | Sold | 04/26/17 | J | A | |
| 87. --International Paper Co. | A | Int./Div. | J | T | | | | | |
| 88. --JP Morgan Chase & Co. | A | Int./Div. | J | T | | | | | |
| 89. --Maxim Integrated Prods Inc. | A | Int./Div. | J | T | | | | | |
| 90. --Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 91. --Metlife Inc. | A | Int./Div. | J | T | | | | | |
| 92. --Microsoft Corp. | A | Int./Div. | J | T | | | | | |
| 93. --Pentair PLC | A | Int./Div. | J | T | | | | | |
| 94. --Pfizer Inc. | A | Int./Div. | J | T | | | | | |
| 95. --Phillips 66 | A | Int./Div. | | | Sold | 04/26/17 | J | A | |
| 96. --Pitney Bowes Inc. | A | Int./Div. | | | Sold | 04/26/17 | J | A | |
| 97. --Qualcomm Inc. | A | Int./Div. | J | T | | | | | |
| 98. --Quest Diagnostices Inc. | A | Int./Div. | J | T | | | | | |
| 99. --Robert Half Int'l Inc. | A | Int./Div. | J | T | | | | | |
| 100. --Ross Stores Inc (Calif) | A | Int./Div. | J | T | | | | | |
| 101. --St. Jude Medical Inc. | A | Int./Div. | | | Sold | 02/24/17 | J | A | |
| 102. --Tyson Foods Inc. Cl A | A | Int./Div. | | | Sold | 02/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Union Pacific Corp | A | Int./Div. | | | Sold | 02/24/17 | J | A | |
| 104. --United Technologies Corp | A | Int./Div. | J | T | | | | | |
| 105. --Verizon Communications | A | Int./Div. | J | T | | | | | |
| 106. --Western Digital Corp | A | Int./Div. | | | Sold | 02/24/17 | J | A | |
| 107. --Whirlpool Corp. | A | Int./Div. | J | T | | | | | |
| 108. --3M Co. | A | Int./Div. | J | T | | | | | |
| 109. --Amer. Int'l Grp | A | Int./Div. | J | T | Buy | 09/27/17 | J | | |
| 110. --Aptiv PLC | A | Int./Div. | J | T | Buy | 09/27/17 | J | | |
| 111. --Express Scripts Hldg | A | Int./Div. | J | T | Buy | 08/10/17 | J | | |
| 112. --First Trust Dow Jones Internet Indx | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 113. --Johnson & Johnson | A | Int./Div. | J | T | Buy | 06/01/17 | J | | |
| 114. --Nexterm Energy | | Int./Div. | J | T | Buy | 02/04/17 | J | | |
| 115. --Regency Ctrs Corp REIT | A | Int./Div. | J | T | Buy | 08/23/17 | J | | |
| 116. --Vanguard REIT | A | Int./Div. | J | T | Buy | 03/21/17 | J | | |
| 117. --Walgreens Boots | A | Int./Div. | J | T | Buy | 07/15/17 | J | | |
| 118. Inherited IRA Wells Fargo | | | | | | | | | |
| 119. --Amer. Centy Mutual Funds Heritage Fd Cl A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Ivy Value Fd Cl A | A | Int./Div. | J | T | | | | | |
| 121.  MONY whole life insurance | B | Int./Div. | J | T | | | | | |
| 122.  Morgan Stanley IRA Rollover | | | | | | | | | |
| 123.  --Morgan Stanley Money Market Acct. | A | Interest | J | T | | | | | |
| 124.  --Gugenheim S&P 500 Equ Weight | A | Int./Div. | K | T | | | | | |
| 125.  --SPDR S&P Dividend | A | Int./Div. | L | T | | | | | |
| 126.  --Vanguard Mid-Cap ETF Index | A | Int./Div. | K | T | | | | | |
| 127.  --Vanguard S&P 500 Growth ETF | A | Int./Div. | K | T | | | | | |
| 128.  --Doubleline Core Fixed Income I | A | Int./Div. | L | T | | | | | |
| 129.  --American Europacific Gowth F | A | Int./Div. | K | T | | | | | |
| 130.  --American Growth Fund of American Fi | A | Int./Div. | K | T | | | | | |
| 131.  --American Washington Mutual F | A | Int./Div. | K | T | | | | | |
| 132.  --First Eagle Global I | A | Int./Div. | L | T | | | | | |
| 133.  --Neuberger Berman Genesis TR | A | Int./Div. | K | T | | | | | |
| 134.  --Pimco Income P | A | Int./Div. | K | T | | | | | |
| 135.  --Pioneer High Yield Y | A | Int./Div. | | | Sold | 09/21/17 | K | A | |
| 136.  --Pioneer Dynamic Credit | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Pioneer Flexible Oppty (See Part VIII) | A | Int./Div. | K | T | | | | | |
| 138. --Pioneer Strategic Income Y | A | Int./Div. | K | T | | | | | |
| 139. --Gugenheim Limited Duration 1 | A | Int./Div. | K | T | | | | | |
| 140. --AQR Long-Shorty Eq Inst | A | Int./Div. | K | T | | | | | |
| 141. --AQR Style Premia Alt 1 | A | Int./Div. | L | T | | | | | |
| 142. --SPDR Doubleline Tr Tact ETF | A | Int./Div. | K | T | | | | | |
| 143. --Loomis Sayles Strategic Inc Y | A | Int./Div. | K | T | | | | | |
| 144. --Loomis Sayles Core Plus Bd Y | A | Int./Div. | K | T | | | | | |
| 145. --American Balanced | A | Int./Div. | K | T | | | | | |
| 146. --Gateway Fund | A | Int./Div. | K | T | | | | | |
| 147. --Vanguard Short Term Corp. | A | Int./Div. | K | T | Buy | 09/02/17 | K | | |
| 148. Merril Lynch IRA | A | Interest | J | T | | | | | |
| 149. TIAA-CREF Retirement Plan | A | Int./Div. | N | T | | | | | |
| 150. --TIAA-CREF Trad'l Fund | A | Int./Div. | L | T | | | | | |
| 151. --CREF Stock Fund | A | Int./Div. | M | T | | | | | |
| 152. --Real Estate Fund | A | Dividend | K | T | | | | | |
| 153. Fidelity Retirement Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Vanguard Inst. Tr.(name change from Fidelity Freedom K 2015) | A | Int./Div. | M | T | | | | | |
| 155. --Fidelity Low Priced Stk | A | Dividend | M | T | | | | | |
| 156. --Vanguard VMMR (name change from FMMT Retire Gov II) | A | Interest | J | T | | | | | |
| 157. Rental Property New York City ($970,000 cost, pur. 5/13/16) | E | Rent | O | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/04/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Melvin S. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544